UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
George B. Litton  
Alice Zekas

Case No.: __18-16494__  
Chapter: __7__  
Judge: __ABA__

## NOTICE OF PROPOSED ABANDONMENT

__Brian S. Thomas__, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Mitchell H. Cohen US Courthouse<br>401 Market Street<br>Camden, NJ 08101 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable __Andrew B. Altenburg, Jr.__ on __07/24/18__ at __10__ a.m. at the United States Bankruptcy Court, Courtroom no. __4B__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 2629 South 69th Street<br>Philadelphia, PA<br>Value $30,000.00 |
|---|---|

| Liens on property: | |
|---|---|

| Amount of equity claimed as exempt: | $30,000.00 |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name:       Brian S. Thomas, Chapter 7 Trustee  
Address:    327 Central Avenue, Suite 103, Linwood, NJ 08221  
Telephone No.: 609-601-6066

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 18-16494-ABA
George B. Litton                                                                                Chapter 7
Alice Zekas
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1            User: admin                  Page 1 of 2                Date Rcvd: Jun 22, 2018
                                Form ID: pdf905              Total Noticed: 54

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 24, 2018.
db/jdb         +George B. Litton,    Alice Zekas,    241 Blackwood Barnsboro Rd. Apt 601,
                 Blackwood, NJ 08012-2753
517430804      +Alltran Financial, LP,    PO Box 610,    Sauk Rapids, MN 56379-0610
517430806     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:   Bank Of America,    Po Box 982238,    El Paso, TX 79998)
517430808      +Bryant State Bank,    500 E. 60th St.,    Sioux Falls, SD 57104-0478
517443064      +CAB East LLC, serviced by Ford Motor Credit Compan,    P.O. Box 62180,
                 Colorado Springs, CO 80962-2180
517443065      +CAB East LLC, serviced by Ford Motor Credit Compan,    Law Offices of John R. Morton, Jr.,
                 110 Marter Ave., Suite 301,    Moorestown, NJ 08057-3124
517430812       CCB Credit Serivces, Inc,    Po Box 272,    Springfield, IL 62705-0272
517430813       Central Credit Services LLC,    PO Box 1850,    Saint Charles, MO 63302-1850
517430814      +Chase Card Services,    P.O. Box 15298,    Wilmington, DE 19850-5298
517430815      +Chase/Bank One Card,    P.O. Box 15298,    Wilmington, DE 19850-5298
517430817       City Of Philadelphia (Tax Collector),    PO Box 41818,    Philadelphia, PA 19101-1818
517430818      +Client Services Inc,    3451 Harry S Truman Blvd,    St Charles, MO 63301-9816
517430819       Comenity Bank/VCTRSSEC,    PO Box 182789,    Columbus, OH 43218-2789
517430820      +ComenityCapitalBank/Bosc,    PO Box182120,    Columbus, OH 43218-2120
517430821      +ComenityCapitalbank/Game,    PO Box 182120,    Columbus, OH 43218-2120
517430822      +Convergent Outsourcing,    PO Box 9004,    c/o PSE&G,    Renton, WA 98057-9004
517430823      +Credit Control LLC,    PO Box 546,    Hazelwood, MO 63042-0546
517430825       Deptford Self Storage,    Delsea Dr.,    Mantua, NJ 08051
517430827       ERC,    PO Box 23870,    Jacksonville, FL 32241-3870
517430828       FIRESTONE,    PO BOX 81307,    CLEVELAND, OH 44181-0307
517430831     ++FIRST SAVINGS BANK,    PO BOX 5096,    SIOUX FALLS SD 57117-5096
               (address filed with court:   First Savings Credit Card,    500 E 60th St N,
                 Sioux Falls, SD 57104-0478)
517430829      +First Premier Bank,    3820 N. Louise Avenue,    Sioux Falls, SD 57107-0145
517430832      +Ford Motor Credit,    Po Box 542000,    Omaha, NE 68154-8000
517430834       Goodyear/Cbna,    PO Box 6497,    Sioux Falls, SD 57117-6497
517430836       Internal Revenue Service,    Po Box 725 Special Procedures Fuction,    Springfield, NJ 07081
517430840      +Mariner Finance,    8211 Town Center Dr.,    Nottingham, MD 21236-5904
517430841       Merchants & Medical Credit Corporation,    6324 Taylor Drive,    Flint, MI 48507-4685
517430843      +Midwest Recovery Systems,    2747 W. Clay St. Suite A,    Saint Charles, MO 63301-2557
517430845      +Northland Group,    PO Box 390846,    Minneapolis, MN 55439-0846
517430846       Office Of Attorney General,    25 Market Street, PO Box 112,    Richard J Hughes Justice Complex,
                 Trenton, NJ 08625-0112
517430847       Penn Credit,    916 S 14th Street, Po Box 988,    Harrisburg, PA 17108-0988
517430849     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:   State Of New Jersey,    P.O. Box 245,
                 Dept Of Treasury-Division Of Taxation,    Trenton, NJ 08695-0245)
517430848       Sears/CBNA,    PO Box 6282,    Sioux Falls, SD 57117-6282
517430856      +TD Bank USA / Target Credit,    PO Box 673,    Minneapolis, MN 55440-0673
517430857      +The Bureaus,    650 Dundee Rd Suite 370,    c/o Capital One,    Northbrook, IL 60062-2757
517430858       The Home Depot,    PO Box 6497,    Sioux Falls, SD 57117-6497

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 23 2018 00:00:49      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 23 2018 00:00:45      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517430811       E-mail/Text: bankruptcy@cavps.com Jun 23 2018 00:01:11      Cavalry Portfolio Service,
                 Po Box 27288,    Tempe, AZ 85285
517430816       E-mail/Text: megan.harper@phila.gov Jun 23 2018 00:01:18      City of Philadelphia,
                 PO Box 41496,    Philadelphia, PA 19101-1496
517430809      +E-mail/Text: bkr@cardworks.com Jun 22 2018 23:59:43      Carson Smithfield,    P.O. Box 9216,
                 Old Bethpage, NY 11804-9016
517430810      +E-mail/Text: bankruptcy@cavps.com Jun 23 2018 00:01:10      Cavalry Portfolio,
                 500 Summit Lake Dr.,    c/o synchrony bank,    Valhalla, NY 10595-2322
517430819       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 23 2018 00:00:32      Comenity Bank/VCTRSSEC,
                 PO Box 182789,    Columbus, OH 43218-2789
517430820       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 23 2018 00:00:32      ComenityCapitalBank/Bosc,
                 PO Box182120,    Columbus, OH 43218-2120
517430821       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 23 2018 00:00:32      ComenityCapitalbank/Game,
                 PO Box 182120,    Columbus, OH 43218-2120
517430826      +E-mail/Text: dplbk@discover.com Jun 23 2018 00:01:15      Discover Personal Loans,
                 P.O. Box 30954,    Salt Lake City, UT 84130-0954
517430837       E-mail/Text: cio.bncmail@irs.gov Jun 23 2018 00:00:10      Internal Revenue Service,
                 P.O. Box 744,    Special Procedure Branch,    Springfield, NJ 07081
517430838      +E-mail/Text: bnckohlsnotices@becket-lee.com Jun 22 2018 23:59:59      Kohls Department Store,
                 Po Box 3115,    Milwaukee, WI 53201-3115

```
District/off: 0312-1           User: admin              Page 2 of 2             Date Rcvd: Jun 22, 2018
                               Form ID: pdf905          Total Noticed: 54
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
517430839       +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 23 2018 00:03:02      LVNV Funding,
                 PO Box 1269,    c/o HSBC Bank,    Greenville, SC 29602-1269
517430842        E-mail/Text: bkr@cardworks.com Jun 22 2018 23:59:43      Merrick Bank,    PO BOx 9201,
                 Old Bethpage, NY 11804-9001
517430844       +E-mail/Text: bnc@nordstrom.com Jun 23 2018 00:00:03      NordstromTDBankUSA,
                 13531 E. Caley Ave.,    Englewood, CO 80111-6505
517430850       +E-mail/Text: bankruptcy@sw-credit.com Jun 23 2018 00:00:50      SW Credit Systems,
                 4120 International PKWY,    Ste 1100,    c/o Comcast,    Carrollton, TX 75007-1958
517430852        E-mail/PDF: gecsedi@recoverycorp.com Jun 23 2018 00:03:25      SYNCB/Sleepys,    PO Box 965036,
                 Orlando, FL 32896-5000
517430851       +E-mail/PDF: gecsedi@recoverycorp.com Jun 23 2018 00:02:38      Syncb/Jc Penney,    Po Box 965007,
                 Orlando, FL 32896-5007
517430853        E-mail/PDF: gecsedi@recoverycorp.com Jun 23 2018 00:02:38      Syncb/Wal-Mart,    Po Box 956024,
                 Orlando, FL 32896-5024
517433493       +E-mail/PDF: gecsedi@recoverycorp.com Jun 23 2018 00:02:38      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517430855        E-mail/Text: bankruptcy@td.com Jun 23 2018 00:00:51      Td Bank,    32 Chestnut Street,
                 Lewiston, ME 04240
                                                                                              TOTAL: 21

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +CAB East LLC, serviced by Ford Motor Credit Compan,    P.O. Box 62180,
                 Colorado Springs, CO 80962-2180
517430805*      +Alltran Financial, LP,    PO Box 610,    Sauk Rapids, MN 56379-0610
517430807*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:   Bank Of America,     Po Box 982238,    El Paso, TX 79998)
517430824*      +Credit Control LLC,    PO Box 546,    Hazelwood, MO 63042-0546
517430830*      +First Premier Bank,    3820 N. Louise Avenue,    Sioux Falls, SD 57107-0145
517430833*      +Ford Motor Credit,    Po Box 542000,    Omaha, NE 68154-8000
517430835*      +Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
517430854*       Syncb/Wal-Mart,    Po Box 956024,    Orlando, FL 32896-5024
                                                                                   TOTALS: 0, * 8, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 21, 2018 at the address(es) listed below:
```
              Brian   Thomas    on behalf of Trustee Brian  Thomas brian@brianthomaslaw.com,
               bthomas@ecf.epiqsystems.com
              Brian   Thomas    brian@brianthomaslaw.com, bthomas@ecf.epiqsystems.com
              Denise E. Carlon    on behalf of Creditor    DEUTSCHE BANK NATIONAL ASSOCIATION, AS TRUSTEE
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    CAB East LLC, serviced by Ford Motor Credit Company
               LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    DEUTSCHE BANK NATIONAL ASSOCIATION, AS TRUSTEE
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Seymour   Wasserstrum    on behalf of Joint Debtor Alice  Zekas mylawyer7@aol.com,
               ecf@seymourlaw.net
              Seymour   Wasserstrum    on behalf of Debtor George B. Litton mylawyer7@aol.com, ecf@seymourlaw.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 8
```